COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, v. NEW AMSTERDAM CASUALTY INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ISMAEL MONTOTO, JR., an Infant, by ISMAEL MONTOTO, SR., His Guardian ad Litem, Appellant, v. JOSEPH RAPAPORT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CATALDO D'ORIA, as Administrator, etc., of PASQUALE QUERCIA, Deceased, Respondent, v. ROBERT W. BRIGGS, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ORA G. LAWBURGH, Appellant, v. GRACE A. SWEENEY and Others, Defendants, Impleaded with MARY Y. OAKLEY and Others, Respondents, and PHINEAS RUMSEY YOUNGS and NELLIE YOUNGS, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN P. BRADFORD and Another, Respondents, v. WAFILMS, INCORPORATED, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM LONG and Others, Respondents, v. ROSE GRECO and LOUIS GRECO, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of the Proceedings of ALEXANDER SCHNELLER and BETTY STENGER SCHNELLER, as Executor and Executrix, Respectively, of the Last Will and Testament of BERNHARD SCHNELLER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNETTE E. HANKS, Respondent, v. CORA A. HOWER and THE MARINE TRUST COMPANY OF BUFFALO, as Executors and Trustees, etc., of FRANK B. HOWER, Deceased, Appellants.— Order so far as appealed from modified by granting item 6 in toto, and by granting item 9 to the extent of directing plaintiff to give a complete statement in detail, containing the exact nature, character and extent of the alleged services claimed to have been rendered to Frank B. Hower, and performed by plaintiff, and also containing the approximate dates upon which the services are alleged to have been performed, and the places where they were performed, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.